April 11, 2025

_____

DOCKET CORRECTION NOTICE
_____

No.   25-1343,   <u>In re: Jane Doe</u>
                 1:25-cv-00127-PTG-IDD, 1:25-cv-00129-PTG-IDD

TO:   Jane Doe

CORRECTIONS DUE:  April 21, 2025

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

> [x] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

> [x] all parties to the action in the trial court

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Also, please file corrected public versions (redacted) of all sealed filings.

> [x] The information to be redacted should be blacked out without changing any words.

Anisha Walker, Deputy Clerk
804-916-2704

_____

CERTIFICATE OF SERVICE
_____

No.   25-1343,        <u>In re: Jane Doe</u>
                     1:25-cv-00127-PTG-IDD, 1:25-cv-00129-PTG-IDD

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____

_____                    _____
Signature                                         Date