# CERTIFICATE OF SERVICE



I hereby certify that on April 27 and April 30, 2025, I served true and correct copies of the Sworn Declaration and the Petition for Writ of Mandamus in Case No. 25-1343 (In re: Jane Doe) via email to all counsel of record as listed below:

Recipients:

- Ethel Cruz – e.cruz@jocs-law.com
- Ashley R. Archange – a.archange@jocs-law.com
- David B. Stratton – d.stratton@jocs-law.com
- Donna Malone – d.malone@jocs-law.com
- Elizabeth A. Caldera – ecaldera@gejlaw.com
- James D. Bragdon – jbragdon@gejlaw.com

Each recipient received both the declaration and the writ through electronic service at the email addresses previously used in related federal litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1 May 2025

Location: Alexandria, VA

Signature: _____

Name: Jane Doe

Pro Se Petitioner