UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1343
(1:25-cv-00127-PTG-IDD)
(1:25-cv-00129-PTG-IDD)
_____

In re: JANE DOE

    Petitioner

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc and all pending motions.

    For the Court

    /s/ Nwamaka Anowi, Clerk